1  DAVID B. CASSELMAN (Bar No. 81657)
   dcasselman@wccelaw.com
2  MELISSA MEEKER HARNETT (Bar No. 1643309)
   mharnett@wccelaw.com
3  JESSE B. LEVIN (Bar No. 268047)
   jlevin@wccelaw.com
4  WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
   5567 Reseda Boulevard, Suite 330
5  Post Office Box 7033
   Tarzana, California 91357-7033
6  Telephone:  (818) 705-6800, (323) 872-0995
   Facsimile:  (818) 705-8147
7  Attorneys for Plaintiffs

8  ROBERT A. BUSH (SBN 65357)
   rbush@BushGottlieb.com
9  IRA L. GOTTLIEB (SBN 103236)
   igottlieb@BushGottlieb.com
10 DANIEL BUSH (SBN 248539)
   dbush@BushGottlieb.com
11 BUSH GOTTLIEB SINGER LÓPEZ
   KOHANSKI ADELSTEIN & DICKINSON
12 A Law Corporation
   500 North Central Avenue, Suite 800
13 Glendale, California  91203-3345
   Telephone:  (818) 973-3200
14 Facsimile:   (818) 973-3201

15 Attorneys for Defendant Screen Actors
   Guild, a dissolved corporation

17 PETER NUSSBAUM (SBN 49682)
   pnussbaum@altshulerberzon.com
18 ANNE N. ARKUSH (SBN 254985)
   aarkush@altshulerberzon.com
19 ALTSHULER BERZON LLP
   177 Post Street, Suite 300
20 San Francisco, CA  94108
   Telephone:  (415) 421-7151
21 Facsimile:   (415) 362-8064

22 Attorneys for Defendants
   David White, Ken Howard, Amy Aquino,
23 Ned Vaughn, Mike Hodge and David
   Hartley-Margolin

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MARTIN SHEEN, et al., | **CASE NO. CV 12-1468 SJO (AJW)** |
|---|---|
| Plaintiffs, | **COURT ORDER APPROVING STIPULATION TO DISMISS** |

288449.1  11640-22002

[PROPOSED] COURT ORDER APPROVING STIPULATION TO
DISMISS ACTION AND RETAIN JURISDICTION

| | |
|---|---|
| 1   vs.<br>2   SCREEN ACTORS GUILD, et al.,<br>3                     Defendants. | **ACTION AND RETAIN JURISDICTION**<br>**FRCP 41(a)(1)(A)(ii)** |

   Good cause having been shown in the parties' stipulation,

   IT IS ORDERED that

   1.   In accordance with the parties' Mutual Release and Settlement Agreement and stipulation to dismiss pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this entire action is dismissed with prejudice as to all Plaintiffs as against all Defendants.  All pretrial dates and orders are hereby vacated.

   2.   The Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the settlement agreement, its terms or the enforcement thereof.

DATED:  May 20, 2012

*/s/ S. James Otero*

―――――――――――――――――――
S. JAMES OTERO
United States District Court Judge